

# LOUISIANA PAIN
# S P E C I A L I S T S
**PAIN DIAGNOSIS & INTERVENTION EXPERTS**

**Lancaster, Kevin**
Sex: Male, Date of Birth: 12-12-1973
**Visit Date**: 01-12-2022
**Attending Provider**: Suneil Jolly, MD
**Referring Physician:**


**History of Present Illness**
*Follow Up - PF*
**Follow up details:** The patient returns today for an office visit and f/u 1/12/22: Patient presents to clinic for f/u for low back pain. Since last visit, pain is unchanged in character and distribution. He is s/p bilateral L2, L4, L5 RFA on 11/11/21 with about 50% relief thus far. He reports he continues to have good and bad days and would like to re-assess relief again at next OV. Patient denies any new pain generators, weakness, injuries. Patient is doing well on current medication regimen, continues to take with benefit, denying any side effects. . Patient is on medications which help and wishes to continue his current medication regimen . Patient is status post Bil. L2, L3, L4 RFA (11/11/21) w/ 50% relief. Reassess relief at next OV He reports that his pain is a little better . Kevin complains of pain in his neck, low back . The worst pain is back . The pain does not radiate . He describes his pain as constant, sharp, shooting and throbbing . The pain is made worse by activity ; however, it gets better by resting, lying down and . His current pain level is 5/10 . Patient reports that his pain is well controlled with prescribed medications . States that his pain is relieved by 30% by taking medications . Patient reports that his current funtional level is much improved with medication. States that his quality of sleep is fair. He denies any misuse or abuse of medications, denies taking any illicit drugs or any pain medications from any other source. He describes his mood as good . Patient reports no side effects from the medications.


**Past Medical History**
No Known Past Medical History


**Surgical History**
Shoulder surgery 2019


**Family History**
Non-contributory Family History.

**Current Medication**
Ibupofren 800mg
baclofen 20 mg tablet 1 Tablet Twice A Day PRN muscle spasms. for 30 Days , Prescribe 60 Tablet, Refills 1
ibuprofen 800 mg tablet 1 Tablet Three Times A Day PRN for anti-inflammatory. Take with food., Prescribe 90
Tablet, Refills 1


**Allergy**

No Known Drug Allergies.

**Social History**
**Employment:** is currently occupation:. Patient is employed in Electrical technologist.
**Family:** Patient is married.
**Use of Drugs/Alcohol/Tobacco:** Tobacco Use: Patient is a former smoker. Alcohol Use: occasionally/socially. Illicit
drugs Use: No


**Review of Systems**
**Constitutional Symptoms:** Denies fever, chills, hot flashes and night sweats.
**Gastrointestinal:** Patient reports having no selection.
**Cardiovascular:** Cardiovascular:: Reports having chest pain.
**Respiratory:** Lungs: Reports having shortness of breath.
**Endocrine:** Endocrine: Reports having diabetes.
**Head and Neck:** Head and Neck: Reports headache.
**Musculoskeletal:** Musculoskeletal: Reports having back pain.
**Neurological:** Neurologic: Reports depression.
**Genitourinary:** Urological: Reports leakage of urine.
**Psychiatric:** Denies depression and sleeping difficulty.


**Vitals**
**Vital Statistics: On a scale of 1 to 10 the pain level is 5.** PO2: 98. **Respiration:** 17 breaths per min. **Temp:** 97.2.
**Heart Rate:** 87 beats per min. **Weight:** 219.00 lbs. **Height:** 70.00 inches. **BP Systolic:** 114 mmHg. **BP Diastolic:**
71 mmHg. **BMI:** BMI: 31 .


**Physical Examination**
**General:** The patient appears well developed. He is well-nourished. Patient appears alert and oriented. Patient is
found to be in no acute distress. **Cervical Spine Exam:** The cervical spine is supple. **Palpation of the cervical
facet reveals tenderness. C4, 5, 6 No pain noted with anterior neck flexion. There is pain noted with
extension of cervical spine.** ROM of the neck is noted to be normal . **Facet loading with lateral rotation and
extension of the cervical spine provokes bilateral facet pain.** Spurlings test is negative. **Lumbar Spine:**
Inspection of the lumbar spine reveals no scars, no scoliosis and no signs of inflammation . **palpation of the
lumbar Facet reveals mild low back pain bilaterally L2, 3, 4,5 . Straight leg raising was positive for radiating
pain on the left .** Anterior flexion of lumbar spine is noted to be Full - 90 degrees , **pain was reported with flexion.**
Extension of lumbar spine is noted to be full - 30 degrees . **Pain reported on extension of lumbar spine.
Provocative maneuvers for lumbar Facet with lateral rotation and extension was positive bilaterally .**

**Neurological:** Sensory lower extremity is normal. Upper extremities are normal. **Neurology - Mental Status:** Patient is awake, alert He is oriented to person. He is oriented to place. He is also oriented to time. His mood and affect are normal. **Neurology - Coordination:** Patient was able to squat . His gait was normal. He was able to do heel walk. He was able to do toe walk. **Neurology - Motor Strength:** Left UE strength: normal. Right UE strength: normal. Left LE strength: normal. Right LE strength: normal. **Neurology - Deep Tendon Reflexes:** patellar (DTR): 3.

**Assessment**
**ICD: Other spondylosis with radiculopathy, cervical region (M47.22)**
**ICD: Chronic pain due to trauma (G89.21)**
**ICD: Other spondylosis with radiculopathy, lumbar region (M47.26)**
**ICD: Other spondylosis, cervical region (M47.892)**
**ICD: Other spondylosis, lumbar region (M47.896)**
**ICD: MVA (motor vehicle accident) (V89.2XXA)**

47 yr old male presents to clinic with chief c/o neck and low back pain secondary to MVA 1/7/21. Patient was a restrained driver and hit by 18 wheeler on passenger side of truck. Denies LOC or air bag deployment. Patient did not seek immediate medical attention. Denies any prior low back or neck pain, reports pain started the night of the accident. Low back >Neck pain. Low back pain radiates down anterior aspect of LLE above knee with intermittent tingling/paresthesias. Neck pain does not radiate in upper extremities, denies any numbness/paresthesia. Denies any prior procedural or surgical interventions. Patient actively in chiropractor therapy. Patient taking Ibuprofen 800 mg BID. Previously on Baclofen and only takes as needed due to side effect of drowsiness.
PMHx: Left shoulder surgery 2019

1/12/22: Patient presents to clinic for f/u for low back pain. Since last visit, pain is unchanged in character and distribution. He is s/p bilateral L2, L4, L5 RFA on 11/11/21 with about 50% relief thus far. He reports he continues to have good and bad days and would like to re-assess relief again at next OV. Patient denies any new pain generators, weakness, injuries. Patient is doing well on current medication regimen, continues to take with benefit, denying any side effects.

11/24/21: Since last visit, pt had bilateral L2, L3, L4 MBB (10/21/21) with >80% relief for the day of each procedure and a bilateral L2, L3, L4 RFA (11/11/21) with good relief this far, however it is still too early to determine complete relief. We will reassess relief at next OV. Today, pt complains of low back pain radiating into BLE intermittently. Since previous visit, reports no change in character or distribution of pain. Patient denies any new pain generators, weakness, injuries. Denies fever, recent infection or current abx use, bladder/bowel incontinence or saddle anesthesia. Pt is stable on current medication regimen and denies any side effects.

IMAGING:
- MRI Cervical Spine (2/17/21): C3-4 disc bulge with facet and uncinate joint hypertrophy producing moderate L>R foraminal narrowing. C4-5 asymmetric left subarticular disc herniation. Associated facet hypertrophy and moderate L>R foraminal narrowing. C5-6 uncinate and facet joint hypertrophy producing mild-moderate bilateral foraminal narrowing. C6-7 low grade disc bulge with associated facet hypertrophy producing bilateral foraminal narrowing.
- MRI Lumbar Spine (2/17/21): L3-4 disc bulge identified producing mild right foraminal narrowing. L4-5 disc bulge and asymmetric right lateral annular fissure. Associated facet hypertrophy there is mild spinal canal and moderate bilateral foraminal narrowing. Bilateral facet effusions. L5-S1 central/right paracentral disc herniation and annular fissure. Contact of thecal sac and right S1 nerve root, contralateral left mild foraminal narrowing is evidence secondary to ligamentum flavum thickening and facet hypertrophy.

PROCEDURES:
- Bilateral L2, L3, L4 RFA (11/11/21) with 50% relief.
- Bilateral L2, L3, L4 MBB (10/21/21) with >80% relief for the day of each procedure

- Lumbar ESI (08/05/21) with >50% sustained relief
- Cervical ESI (4/1/21) with 60% relief
- Lumbar ESI (4/1/21) with 60% relief.

**Plan**

PROCEDURES:
- Consider lumbar left L4, L5 TF
- Consider repeat Lumbar RFA every 6-12 months pending persistence of relief

- Based on the presentation, the patient may need further interventional care which may include a trial of epidural steroid injections and/or facet-directed procedures to treat ongoing neck and low back pain. We will make the decision to proceed with interventions based on results of conservative care (medications and home exercise routine), and further imaging to evaluate etiology of pain generators.

MEDICATIONS:
Continue:
- Baclofen 20 mg BID for muscle spasms
- Ibuprofen 800 mg TID as an anti-inflammatory (provided samples of Duexis today)
D/C:
- Mobic 15 mg QD as an anti-inflammatory; pt. Reports he is managing pain with ibuprofen. We will rotate to ibuprophen 800mg TID PRN for anti-inflammatory.
- Tizanidine 4 mg QHS for muscle spasms- due to increased somnolence.

Clinic is not prescribing opioids at the moment and will continue to reassess at regular interval in the future for flare ups only. The patient was counseled on risks of long term opioid use.

- Given the history reported by the patient regarding the onset of symptoms, the patient's history regarding prior medical treatment, along with the physical exam and/or imaging, it is in my opinion that the injuries from the above incident are more likely than not, the cause of the treatment plan requested by me.

- The patient was educated in alternative pain relief modalities to include: interventional procedures, guided imagery, music therapy, exercise modalities, and non-narcotic prescription drug therapy. The patient was instructed that if opioid therapy was indicated to control current pain stressors, the lowest dose possible would be prescribed. The patient was instructed at each visit, medication weaning would be approached.

- Pt was provided information about home exercise routines to attempt to alleviate the pain.

- Patient's PMP was reviewed and found to be consistent with current plan of care.

Dr. Jolly, the supervising physician, present in clinic and agrees with the current treatment plan and note as detailed above. -MT/JP

**Services Ordered:**
F/U 4-6 weeks OV.

**Prescription**

baclofen 20 mg tablet 1 Tablet Twice A Day PRN muscle spasms. for 30 Days , Prescribe 60 Tablet, Refills 1
ibuprofen 800 mg tablet 1 Tablet Three Times A Day PRN for anti-inflammatory. Take with food., Prescribe 90 Tablet, Refills 1

**Follow Up:** 4 Weeks.



Suneil Jolly MD
*This has been electronically signed by Suneil Jolly MD on 01-12-2022.*

'



## LOUISIANA PAIN
# S P E C I A L I S T S
### PAIN DIAGNOSIS & INTERVENTION EXPERTS

**Lancaster, Kevin**
Sex: Male, Date of Birth: 12-12-1973
**Visit Date**: 11-24-2021
**Attending Provider**: Suneil Jolly, MD
**Referring Physician:**

**History of Present Illness**
*Follow Up - PF*
**Follow up details:** The patient returns today for an office visit and f/u Since last visit, pt had bilateral L2, L3, L4 MBB (10/21/21) with >80% relief for the day of each procedure and a bilateral L2, L3, L4 RFA (11/11/21) with good relief this far, however it is still too early to determine complete relief. We will reassess relief at next OV. Today, pt complains of low back pain radiating into BLE intermittently. Since previous visit, reports no change in character or distribution of pain. Patient denies any new pain generators, weakness, injuries. Denies fever, recent infection or current abx use, bladder/bowel incontinence or saddle anesthesia. Pt is stable on current medication regimen and denies any side effects. . Patient is on medications which help and wishes to continue his current medication regimen . Patient is status post bilateral L2, L3, L4 MBB (10/21/21) with >80% relief for the day of each procedure and a bilateral L2, L3, L4 RFA (11/11/21) with good relief this far, however it is still too early to determine complete relief. We will reassess relief at next OV. He reports that his pain is unchanged . Kevin complains of pain in his neck, low back . The worst pain is back . The pain does not radiate . He describes his pain as constant, sharp, shooting and throbbing . The pain is made worse by activity ; however, it gets better by resting, lying down and . His current pain level is 5/10 . Patient reports that his pain is well controlled with prescribed medications . States that his pain is relieved by 30% by taking medications . Patient reports that his current funtional level is much improved with medication. States that his quality of sleep is fair. He denies any misuse or abuse of medications, denies taking any illicit drugs or any pain medications from any other source. He describes his mood as good . Patient reports no side effects from the medications.

**Past Medical History**
No Known Past Medical History

**Surgical History**
Shoulder surgery 2019

**Family History**
Non-contributory Family History.


**Current Medication**
Ibupofren 800mg
baclofen 20 mg tablet 1 Tablet Twice A Day PRN muscle spasms. for 30 Days , Prescribe 60 Tablet
ibuprofen 800 mg tablet 1 Tablet Three Times A Day PRN for anti-inflammatory. Take with food., Prescribe 90
Tablet


**Allergy**

No Known Drug Allergies.

**Social History**
**Employment:** is currently occupation:. Patient is employed in Electrical technologist.
**Family:** Patient is married.
**Use of Drugs/Alcohol/Tobacco:** Tobacco Use: Patient is a former smoker. Alcohol Use: occasionally/socially. Illicit
drugs Use: No


**Review of Systems**
**Constitutional Symptoms:** Denies fever, chills, hot flashes and night sweats.
**Gastrointestinal:** Denies abdominal pain, nausea or vomiting, black stool, constipation, heart burn, colitis and
diarrhea.
**Cardiovascular:** Denies chest pain, feet swelling, high blood pressure, irregular heart beat, blood clots and heart
murmur.
**Respiratory:** Denies shortness of breath, COPD/emphysema, asthma/wheezing and sleep apnea.
**Endocrine:** Denies diabetes, thyroid disease and anemia.
**HEENT:** Denies headache, deafness/hearing loss, sinus problems and visual problems.
**Musculoskeletal:** Denies back pain, joint pain, muscle cramp, neck pain, shoulder pain and gout. Denies any knee
pain. No arthritis.
**Neurological:** Denies depression, panic attacks, weakness, trouble sleeping, numbness and tingling, poor
concentration/difficulty thinking, anxiety, fatigue, seizures and unsteadiness.
**Genitourinary:** Denies leakage of urine, blood in urine and interstitial cystitis. He denies having kidney stones.
**Psychiatric:** Denies depression and sleeping difficulty.


**Vitals**
**Vital Statistics: On a scale of 1 to 10 the pain level is 5.** PO2: 99. **Respiration:** 16 breaths per min. **Temp:** 97.2.
**Heart Rate:** 90 beats per min. **Weight:** 210.00 lbs. **Height:** 70.00 inches. **BP Systolic:** 140 mmHg. **BP Diastolic:
91 mmHg. BMI:** BMI: 30 .


**Physical Examination**
**General:** The patient appears well developed. He is well-nourished. Patient appears alert and oriented. Patient is
found to be in no acute distress. **Cervical Spine Exam:** The cervical spine is supple. **Palpation of the cervical
facet reveals tenderness. C4, 5, 6 No pain noted with anterior neck flexion. There is pain noted with**

**extension of cervical spine.** ROM of the neck is noted to be normal . **Facet loading with lateral rotation and extension of the cervical spine provokes bilateral facet pain.** Spurlings test is negative. **Lumbar Spine:** Inspection of the lumbar spine reveals no scars, no scoliosis and no signs of inflammation . **palpation of the lumbar Facet reveals mild low back pain bilaterally L2, 3, 4,5 . Straight leg raising was positive for radiating pain on the left .** Anterior flexion of lumbar spine is noted to be Full - 90 degrees , **pain was reported with flexion.** Extension of lumbar spine is noted to be full - 30 degrees . **Pain reported on extension of lumbar spine. Provocative maneuvers for lumbar Facet with lateral rotation and extension was positive bilaterally .** **Neurological:** Sensory lower extremity is normal. Upper extremities are normal. **Neurology - Mental Status:** Patient is awake, alert He is oriented to person. He is oriented to place. He is also oriented to time. His mood and affect are normal. **Neurology - Coordination:** Patient was able to squat . His gait was normal. He was able to do heel walk. He was able to do toe walk. **Neurology - Motor Strength:** Left UE strength: normal. Right UE strength: normal. Left LE strength: normal. Right LE strength: normal. **Neurology - Deep Tendon Reflexes:** patellar (DTR): 3.

**Assessment**
**ICD: Other spondylosis with radiculopathy, cervical region (M47.22)**
**ICD: Chronic pain due to trauma (G89.21)**
**ICD: Other spondylosis with radiculopathy, lumbar region (M47.26)**
**ICD: Other spondylosis, cervical region (M47.892)**
**ICD: Other spondylosis, lumbar region (M47.896)**
**ICD: MVA (motor vehicle accident) (V89.2XXA)**

47 yr old male presents to clinic with chief c/o neck and low back pain secondary to MVA 1/7/21. Patient was a restrained driver and hit by 18 wheeler on passenger side of truck. Denies LOC or air bag deployment. Patient did not seek immediate medical attention. Denies any prior low back or neck pain, reports pain started the night of the accident. Low back >Neck pain. Low back pain radiates down anterior aspect of LLE above knee with intermittent tingling/paresthesias. Neck pain does not radiate in upper extremities. Denies any numbness/paresthesia. Denies any prior procedural or surgical interventions. Patient actively in chiropractor therapy. Patient taking Ibuprofen 800 mg BID. Previously on Baclofen and only takes as needed due to side effect of drowsiness.
PMHx: Left shoulder surgery 2019

11/24/21: Since last visit, pt had bilateral L2, L3, L4 MBB (10/21/21) with >80% relief for the day of each procedure and a bilateral L2, L3, L4 RFA (11/11/21) with good relief this far, however it is still too early to determine complete relief. We will reassess relief at next OV. Today, pt complains of low back pain radiating into BLE intermittently. Since previous visit, reports no change in character or distribution of pain. Patient denies any new pain generators, weakness, injuries. Denies fever, recent infection or current abx use, bladder/bowel incontinence or saddle anesthesia. Pt is stable on current medication regimen and denies any side effects.

10/6/21: Patient presents to clinic for f/u for low back pain. Since last visit, pain is unchanged in character and distribution, radiates intermittently to BLE. Follows with chiropractor, receives mild benefit for low back pain. We continue to recommend scheduling bilateral L2, L3, L4 MBB/RFA given positive exam findings for spondylosis and inflammation. Patient denies any new pain generators, weakness, injuries. Patient is doing well on current medication regimen, denying any side effects.

08/18/21: Since last visit, pt had a Lumbar ESI on 08/05/21 and reports >50% sustained relief. Pt's CC today is axial low back pain. Pt reports pain is exaggerated with prolonged standing and/or movement. Since previous visit, reports no change in character or distribution of pain. Patient denies any new pain generators, weakness, injuries. Denies fever, recent infection or current abx use, bladder/bowel incontinence or saddle anesthesia. Pt is stable on current medication regimen and denies any side effects.

7/7/21: F/U for neck and lower back pain. Since last OV, patient reports pain unchanged. He notes recent flair up

with lower back for last week, that is starting to improve some. Is requesting to repeat Lumbar ESI due to level of relief obtained from previous inj. Patient's BP reading was elevated during OV. Patient notes completing physical this morning and BP reading was normal; has no prior hx of abnormal BP. Advised to recheck once home and this may be an inaccurate reading. Patient denies any new pain generators, weakness, injuries, bladder/bowel incontinence or saddle anesthesia. Patient is stable on medication regimen with no side effects. We discussed options as part of a multi-modal pain management approach.

5/26/21: Patient fu for neck and low back pain. Since last OV, reports no major change in pain. Reports better improvement with baclofen + ibuprofen regimen vs mobic + tizanidine. Continuing to endorse relief from cervical and lumbar ESI's done 4/2021. Patient denies new injuries or pain generators. Denies fever, current infection, bladder/bowel incontinence or saddle anesthesia.

IMAGING:
- MRI Cervical Spine (2/17/21): C3-4 disc bulge with facet and uncinate joint hypertrophy producing moderate L>R foraminal narrowing. C4-5 asymmetric left subarticular disc herniation. Associated facet hypertrophy and moderate L>R foraminal narrowing. C5-6 uncinate and facet joint hypertrophy producing mild-moderate bilateral foraminal narrowing. C6-7 low grade disc bulge with associated facet hypertrophy producing bilateral foraminal narrowing.
- MRI Lumbar Spine (2/17/21): L3-4 disc bulge identified producing mild right foraminal narrowing. L4-5 disc bulge and asymmetric right lateral annular fissure. Associated facet hypertrophy there is mild spinal canal and moderate bilateral foraminal narrowing. Bilateral facet effusions. L5-S1 central/right paracentral disc herniation and annular fissure. Contact of thecal sac and right S1 nerve root, contralateral left mild foraminal narrowing is evidence secondary to ligamentum flavum thickening and facet hypertrophy.

PROCEDURES:
- Bilateral L2, L3, L4 RFA (11/11/21) with good relief this far, however it is still too early to determine complete relief.

- Bilateral L2, L3, L4 MBB (10/21/21) with >80% relief for the day of each procedure
- Lumbar ESI (08/05/21) with >50% sustained relief
- Cervical ESI (4/1/21) with 60% relief
- Lumbar ESI (4/1/21) with 60% relief.

**Plan**

PROCEDURES:
- Consider repeat Lumbar RFA every 6-12 months pending persistence of relief

- Based on the presentation, the patient may need further interventional care which may include a trial of epidural steroid injections and/or facet-directed procedures to treat ongoing neck and low back pain. We will make the decision to proceed with interventions based on results of conservative care (medications and home exercise routine), and further imaging to evaluate etiology of pain generators.

MEDICATIONS:
Continue:
- Baclofen 20 mg BID for muscle spasms
- Ibuprofen 800 mg TID as an anti-inflammatory (provided samples of Duexis today)

D/C:
- Mobic 15 mg QD as an anti-inflammatory; pt. Reports he is managing pain with ibuprofen. We will rotate to ibuprophen 800mg TID PRN for anti-inflammatory.
- Tizanidine 4 mg QHS for muscle spasms- due to increased somnolence.

Clinic is not prescribing opioids at the moment and will continue to reassess at regular interval in the future for flare

ups only. The patient was counseled on risks of long term opioid use.

- Given the history reported by the patient regarding the onset of symptoms, the patient's history regarding prior medical treatment, along with the physical exam and/or imaging, it is in my opinion that the injuries from the above incident are more likely than not, the cause of the treatment plan requested by me.

- The patient was educated in alternative pain relief modalities to include: interventional procedures, guided imagery, music therapy, exercise modalities, and non-narcotic prescription drug therapy. The patient was instructed that if opioid therapy was indicated to control current pain stressors, the lowest dose possible would be prescribed. The patient was instructed at each visit, medication weaning would be approached.

- Pt was provided information about home exercise routines to attempt to alleviate the pain.

- Patient's PMP was reviewed and found to be consistent with current plan of care.

Dr. Jolly, the supervising physician, present in clinic and agrees with the current treatment plan and note as detailed above. -MT

**Services Ordered:**
Reassess relief of bilateral L2, L3, L4 RFA at next OV
F/U in 1 month

**Prescription**

baclofen 20 mg tablet 1 Tablet Twice A Day PRN muscle spasms. for 30 Days , Prescribe 60 Tablet
ibuprofen 800 mg tablet 1 Tablet Three Times A Day PRN for anti-inflammatory. Take with food., Prescribe 90 Tablet

**Follow Up:** 4 Weeks.

Suneil Jolly MD
*This has been electronically signed by Suneil Jolly MD on 11-24-2021.*

'

**River Parish Chiropractic**
1959 Hwy 3125 Ste #3
Lutcher, La. 70071
Phone (225) 869-7904
Fax (225) 869-8600

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Steven Alexander | **Fax:** (888) 670-7025 | |
| **From:** | Dr Dwayne Burch | **Date:** | 2/10/2021 |
| **Re:** | Kevin Lancaster | **Pages:** | |
| **CC:** | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

This patient is presently treating at our office for injuries sustained in a Motor Vehicle Crash (MVC). He has not responded as anticipated to conservative treatment for his neck and back injury. I think it would be prudent to have advanced imaging (MRI) of the Cervical and Lumbar spine. This would help us understand his long term treatment and disability options. Let me know of your decision at your convenience.

Dr. Dwayne Burch

**IMPORTANT:** This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) privacy rule. This transmisssion is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

# River Parishes Chiropractic

1108 W. Airline Hwy
LaPlace, La. 70068
(985) 652-7904
Fax (985) 651-2981

1959 Hwy. 3125 Ste # 3
Lutcher, La. 70071
(225) 869-7904
Fax (225) 869-8600

## Medical Order

Patient's Name-   Kevin Lancaster            Date        February 10 , 2020

Patient's Phone-(504) 417-4440   D.O.B.-   12-12-43

Examination Desired-  Lumbar MRI w/o contrast – Cervical MRI w/o Contrast

Diagnosis-   Lumbo-sacral Syndrome - M51.27 – Cervical-brachial Sprain M53.1

Report;  Call as soon as possible /   Please call today___   Please mail report___

Please fax as soon as possible i /

Clinical
information;_____

_____
_____
_____

_____
(Doctor's Signature)

Robert Dale DC
Dwayne Burch DC
Carol Boyce DC
Nick Laird DC
Tradina Pichon MD



## River Parishes Chiropractic Clinic
### 1959 Highway 3125, Ste. 3
### Lutcher, LA 70071
### Phone: (225) 869-7904    Fax: (225) 869-8600

To:                                      From:

Company:                                 Date: 3-3-21

Fax Number: 888-670-7025    Phone Number:

Re: Kevin Lancaster    Total Pages:

○ URGENT          ○ PLEASE REPLY          ○ NO REPLY

Pain Management

**IMPORTANT:** This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

# River Parishes Chiropractic

**1108 W. Airline Hwy**
**LaPlace, La. 70068**
**(985) 652-7904**
**Fax (985) 651-2981**

**1959 Hwy. 3125 Ste # 3**
**Lutcher, La. 70071**
**(225) 869-7904**
**Fax (225) 869-8600**

## Medical Order

**Patient's Name-** Kevin Lancaster          **Date** March 3, 2021

**Patient's Phone-** (304) 417-4440   **D.O.B.-** 2-10-21

**Examination Desired-** Consult and treatment Physical Therapy, Orthopaedic, Neurological , or Pain Management

**Diagnosis-** Cervical and Lumbar sprain

**Report;** Call as soon as possible ___   Please call today ___   Please mail report ___

Please fax as soon as possible ___

**Clinical**
**information;**

(Doctor's Signature)

**Robert Dale DC**
**Dwayne Burch DC** ✓
**Carol Boyce DC**
**Nick Laird DC**
**Tradina Pichon MD**



## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

3936-Atty Stephen Alexander
8550 United Plaza Blvd Ste 702
BATON ROUGE, LA 70809

**CARRIER**

| | PICA | | | | | | | PICA | |

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) **X** (ID#) | XXXX |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| LANCASTER, KEVIN | 12 12 73 M **X** F | LANCASTER, KEVIN |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 29346 HWY 20 | Self **X** Spouse Child Other | 8550 United Plaza Blvd Ste 702 |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| VACHERIE | LA | | BATON ROUGE | LA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 70090 | (504) 417 4440 | | 70809 | (225) 922 4488 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | NONE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES NO | a. INSURED'S DATE OF BIRTH MM DD YY / SEX |
|---|---|---|
| | | 12 12 73 M **X** F |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES NO  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | | 3936-Atty Stephen Alexander |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES **X** NO If yes, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE 02/18/2021

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY  QUAL. | 15. OTHER DATE QUAL. MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN  DWAYNE BURCH | 17a.  17b. NPI 1134266489 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO MM DD YY |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) 0 | 20. OUTSIDE LAB? YES **X** NO | $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. | 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| A. M51 27  B. M54 2  C. D.  E. F. G. H.  I. J. K. L. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 02 | 17 | 21 | 02 | 17 | 21 | 11 | | 72148 | | A | 2000.00 | 1 | | NPI | 1164419370 |
| 02 | 17 | 21 | 02 | 17 | 21 | 11 | | 72141 | | B | 2000.00 | 1 | | NPI | 1164419370 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 464943177  **X** | CIS5416 | **X** YES NO | $ 4000.00 | $ 0.00 | 0.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (888) 273 3445 |
|---|---|---|
| | RIVER BEND IMAGING, LLC  490 BELLE TERRE BLVD  LA PLACE, LA 70068-1700 | River Bend Imaging, LLC  4241 VETERANS BLVD SUITE 200  METAIRIE, LA 70006-5430 |
| SIGNED RODNEY BURNS, MD DATE 02/18/21 | a. 1609265792 b. | a. 1609265792 b. |

**PHYSICIAN OR SUPPLIER INFORMATION**  **PATIENT AND INSURED INFORMATION**



**River Bend Imaging**

**Patient Name:**      KEVIN LANCASTER
**Ref. Physician:**      Dwayne Burch DC
Patient ID: CIS219710      Home Phone: (504) 417-4440
Date of Birth: 12/12/1973      Page 1 of 2
Date of Service: 02/17/2021

STUDY
Lumbar spine MRI

CLINICAL INDICATION
Motor vehicle collision 01/07/2021. Pain.

COMPARISON
None available.

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the lumbar spine was completed.

FINDINGS
Midline sagittal images demonstrate no evidence of acute vertebral body compression fracture. There is mild straightening of the overall lumbar lordotic curvature. Scattered foci fat deposition or hemangiomas are present largest 8 T12.

The lumbar disc spaces are largely hydrated and are preserved in height. There is no conus medullaris mass. The spinal cord terminates at the lower T12 level.

The lumbar paraspinal soft tissues are unremarkable. Axial images were completed demonstrating the following:

T12-L1: The spinal canal and neural foramen are patent. No disc bulge or herniation is identified. The disc is hydrated without loss of height.

L1-L2: The spinal canal and neural foramen are patent. No disc bulge or herniation is identified. The disc is hydrated without loss of height.

L2-L3: The spinal canal and neural foramen are patent. No disc bulge or herniation is identified. The disc is hydrated without loss of height.

L3-L4: Peripheral annular bulging is evident producing mild right foraminal narrowing. There is no central disc herniation or canal stenosis. The left neural foramen is patent. The disc is partially desiccated without loss of height.

**Patient Name:** KEVIN LANCASTER
**Date of Service:** 02/17/2021

L4-L5:  A generalized disc bulge is evident with a superimposed right lateral foraminal annular fissure.  Combined with facet hypertrophy, there is moderate bilateral foraminal narrowing.  There is mild narrowing of the spinal canal.  Bilateral facet joint effusions are present.  The disc is largely hydrated.

L5-S1:  A broad-based posterior central/right paracentral 2.1 mm disc herniation and annular fissure are identified (sagittal series 102, image 8, axial series 104, image 27).  The herniated disc extends into the epidural fat contacting the thecal sac and central right S1 nerve root.  Laterally, ligament thickening and facet hypertrophy produces mild left foraminal narrowing.  The disc is mildly desiccated without loss of height.

IMPRESSION
L3-L4 disc bulge identified producing mild right foraminal narrowing.

L4-L5 disc bulge and asymmetric right lateral annular fissure identified.  Associated facet hypertrophy is present, there is mild spinal canal and moderate bilateral foraminal narrowing.  Bilateral facet effusions are present.

L5-S1 central/right paracentral 2.1 mm disc herniation and annular fissure identified.  There is contact of the thecal sac and right S1 nerve root, contralateral left mild foraminal narrowing is evident secondary to ligamentum flavum thickening and facet hypertrophy.

Signature
Electronically Signed: Burns, Rodney, M.D. on 02-17-2021, 09:17 AM

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P: 504.888.7921 F: 504.888.5377
Locations: Metairie • Marrero • Slidell • Covington

3T ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET/CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE 3T MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

2

 RIVER BEND IMAGING

**River Bend Imaging**

**Patient Name:** KEVIN LANCASTER
**Ref. Physician:** Dwayne Burch DC
Patient ID: CIS219710      Home Phone: (504) 417-4440
Date of Birth: 12/12/1973   Page 1 of 2
Date of Service: 02/17/2021

STUDY
Cervical spine MRI

CLINICAL INDICATION
Motor vehicle collision 01/07/2021. Pain.

COMPARISON
None available.

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the cervical spine was completed.

FINDINGS
Midline sagittal images demonstrate straightening of the cervical lordotic curvature.
There are varying degrees of disc dessication with mild C6-C7 disc space narrowing.
C5-C6 and more notably, C6-C7 endplate spondylosis is evident, associated modic type 2
endplate discogenic edema is present at C6-7.

No spondylolisthesis is identified. There is no cerebellar tonsil ectopia. The cervical
spinal cord is normal in caliber and signal. The cervical prevertebral soft tissues are
unremarkable.

Axial images were completed demonstrating the following:

C2-C3: The spinal canal and neural foramen are patent. No disc bulge or herniation is
identified. The disc is hydrated without loss of height.

C3-C4: Annular bulging is evident with partial effacement of the ventral subarachnoid
space identified. No focal herniation or canal stenosis is appreciated. Facet and uncinate
joint hypertrophy produces moderate left greater than right foraminal narrowing. The
disc is mildly desiccated.

C4-C5: A broad-based asymmetric left subarticular disc herniation is identified. The
herniated disc protrudes 2.3 mm posterior to the inferior C4 endplate (sagittal series 102,
image 5). Axial images demonstrate associated left facet hypertrophy, there is moderate

**Patient Name:** KEVIN LANCASTER
**Date of Service:** 02/17/2021

left greater than right neural foraminal narrowing. There is no cord deformity or central canal stenosis. The disc is mildly desiccated.

C5-C6: Uncinate and facet joint hypertrophy is evident, axial images demonstrate mild - moderate bilateral neural foraminal narrowing. The central canal is patent, there is no focal herniation. The disc is mildly desiccated.

C6-C7: End plate spondylosis and diffuse annular bulging is evident on axial imaging. There is partial effacement of the subarachnoid space without canal stenosis. Associated facet hypertrophy is present with mild bilateral foraminal narrowing. The disc is partially desiccated and mildly narrowed.

C7-T1: The spinal canal and neural foramen are patent. No disc bulge or herniation is identified. The disc is hydrated without loss of height.

IMPRESSION
Straightening of the cervical lordosis identified, concerning for muscle spasm. Chronic bony changes are present at C5-C6 and C6-C7. There is no acute compression fracture.

C3-C4 disc bulge identified with facet and uncinate joint hypertrophy producing moderate left greater than right foraminal narrowing.

C4-C5 asymmetric left subarticular 2.3 mm disc herniation identified. Associated facet hypertrophy and moderate left greater than right foraminal narrowing identified.

C5-C6 uncinate and facet joint hypertrophy identified producing mild - moderate bilateral foraminal narrowing.

C6-C7 low grade disc bulge identified with associated facet hypertrophy producing mild bilateral foraminal narrowing.

Signature
Electronically Signed: Burns, Rodney, M.D. on 02-17-2021, 08:51 AM

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P: 504.888.7921 F: 504.888.5377   2
Locations: Metairie • Marrero • Slidell • Covington

3T ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET/CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE 3T MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

# RIVER PARISHES CHIROPRACTIC



**Robert R. Dale, DC,BS, MBA, LLC**
*Director of Clinics*

**Carol M. Boyce, D.C**

**Nicholas Laird, D.C.**

**Tradina Pichon, MD**

**LaPlace/Business Office**
1108 W. Airline Hwy.
LaPlace, LA 70068
985-652-7904
985-651-2981 fax

**Dwayne Burch, DC**
Lutcher Office
1959 Highway 3125
Ste..3
Lutcher, LA 70071
225-869-7904
225-869-8600 fax

*Members*

AMERICAN CHIROPRACTIC ASSOCIATION

CHIROPRACTIC ASSOCIATION OF LOUISIANA

LOUISIANA UNION OF CHIROPRACTIC PHYSICIAN

AMERICAN PUBLIC HEALTH ASSOCIATION

*Providers for*

BLUE CROSS
HUMANA
PEOPLE HEALTH
UNITED HEALTH CARE
FIRST CHOICE
AETNA
CIGNA
CCN
PHCS PRIVATE
HEALTHCARE SYSTEMS
BOARD OF TRUSTEES
UHS
OMNET
PRINCIPAL HEALTH CARE
AMERICAN LIFE CARE
ACCUMED
LWCC

January 14, 2021

Stephen Alexander, Esq.
8550 United Plaza Blvd., Ste. 702
Baton Rouge, LA 70809

**RE: Kevin Lancaster**
**DOA 01/07/2021**

Dear Mr. Alexander,

Please be advised that Mr. Kevin Lancaster did originally present to my office on 01/12/2021 and did state that he was in a vehicular collision on 01/07/2021 that did cause his injuries.

**HISTORY OF INJURY:** Upon initial presentation, he states that he was the restrained driver of a Chevy Silverado pick-up truck that was hit on the passenger side by an 18 wheeler. He states that he did not lose consciousness but was stunned and disoriented. He reports that he was not aware of the impending collision and was not able to brace against injury. Mr. Lancaster reports that at the time of the collision he was looking straight ahead, and that he was sitting in a normal upright position with his head forward. Mr. Lancaster states that he is not sure if he struck any body parts against any objects in his vehicle. He does state he was jolted about in the vehicle. He further states that the airbags did not deploy. Mr. Lancaster recalls that the roadway was dry, made of asphalt, and that he started experiencing pain immediately after the collision.

**PREVIOUS MEDICAL TREATMENT:** He states that he has not had treatment for the same or similar conditions in the past.

**WORK STATUS:** Mr. Lancaster states he is currently employed as a electrical tech for Dow Chemical. He states he has missed 3 days of work. He works w/pain due to financial responsibilities.

**MECHANISM OF INJURY:** Forces of the collision caused **compression, tension, shearing, and rotational forces** converging in a rapid sequence which is virtually instantaneous.

**RISK FACTORS:** Based on current indexed peer reviewed scientific literature, Mr. Lancaster presents with the following risk factors for acute injury that are consistent with the history obtained during his initial examination: **driver vs. front seat passenger, unaware of impending collision and out of position occupant**

**INITIAL PRIMARY COMPLAINTS:** sleep disturbances, anxiety, headaches, cervical pain, upper thoracic pain, right shoulder pain, left shoulder pain, cervical stiffness, muscle spasms, mid-thoracic pain, lumbar stiffness, lumbosacral pain, low back pain, right sacroiliac joint pain and left sacroiliac joint pain.

**Pg. 2 Lancaster, K.**

## Diagnosis:
G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

## PHYSICAL EXAMINATION:
- Age/Gender:   47 years of age/ Male
- Vital Signs:
    Height 5'11" Weight: 224 lbs. Pulse: 77 bpm. BP: 143/94, mm/Hg right
    referred to PCP for HBP

## REVIEW OF SYSTEMS / HISTORY:
- AAO3: Patient is awake, alert, and oriented X3.
- Heart History: No Previous History and denies cardiac symptomology
- Lung History:  No Previous Hx
-Smokes: Patient does not smoke
- Surgeries: Left shoulder 2019.
- Major Health Complications: None
- Prescription Medications: not currently taking any prescriptions
- Urination: no trouble with urination
- Bowel Movements: no trouble with bowel movements
- Respiration: no trouble with breathing
- Swallowing: no trouble swallowing
- Allergies: No known allergies
- History of Stroke: none
- Internal Injuries: Patient complains of no internal injuries
                and none are suspected
- Dominant Hand: right

**Cervical Active ROM Testing**
**Flexion (65):** Restricted w/o pain
**Extension (50):** Restricted w/moderate pain
**Right Rotation (80):** Restricted w/o pain
**Right Lateral Flexion:** (40): Restricted w/o pain
**Left Rotation (80):** Restricted w/moderate pain
**Left Lateral Flexion (40):** Restricted w/moderate pain
**Muscle Strength Upper Extremity**
--Right Upper extremity: full strength (grade 5) at C5-T1 in comparison to the left.

**Pg. 3 Lancaster, K.**

--Left Upper extremity: full strength (grade 5) at C5-T1 in comparison to the right.

**Upper Extremity Reflexes**
--Reflex testing of the triceps, biceps, and radial thought to be normal with a 2+ grading bilaterally.
**Cervical Orthopedic Tests**
**--Neurogenic Thoracic Outlet Syndrome (NTOS) Test**
**Right:** Negative
**Left:** Negative
**--The *Foraminal Compression Test*:** + *on the left.*
**--*Soto-Hall Maneuver***
+ Cervical/Upper Thoracic
-*Shoulder Depression Test (indicates dural sleeve adhesions):* + left
**--*Dawbarn's Test* (indicating swelling in the bursa of the shoulder):** negative bilaterally
**Muscle palpation** does reveal muscle spasm with taught and tender fibers in the cervical/thoracic spine as follows: Trapezius, Cervical paraspinal, Rhomboids and Thoracic paraspinal

**Lumbar Active ROM Testing**
**Flexion (95):** Restricted w/moderate pain
**Extension (35):** Restricted w/severe pain
**Right Rotation (35):** Restricted w/o pain
**Right Lateral Flexion (40):** Restricted w/o pain
**Left Rotation (35):** Restricted w/moderate pain
**Left Lateral Flexion (40):** Restricted w/moderate pain
**Muscle Strength Lower Extremities**
--Right lower extremity: Grade 5 (full strength) at L4/L5/S1 in comparison to the left.
--Left lower extremity: Grade 5 (full strength) at L4/L5/S1 in comparison to the right.
**Lower Extremity Reflexes**
--Reflex testing of the patellar and achilles thought to be normal with a 2+ grading bilaterally.
**Lower Extremity Sensory Evaluation**
--LE dermatomal evaluation shows equal sensation at: L4/L5/S1  bilaterally.
**Lumbar Orthopedic Tests**
**SLR: -**  bilaterally
**Braggard's:** + on the left for low back pain
**Bechterew:** + on the left for low back pain
**Kemp's:** + on the left for SI joint pain
**Patrick's:** (indicating swelling of the hip bursa): - negative
**The Sacroiliac Extension Test** is + on the left.
**Muscle palpation** does reveal muscle spasm with taut and tender fibers in the lumbar spine as follows:
paraspinal, internal obliques and quadratus lumborum

**Radiograph Interpretation:**

X-ray examination in my clinic was accomplished on 01/12/2021 with 7 views in the cervical spine including flexion and extension views to access the stability of spinal ligaments, 2 views of the lumbosacral spine. The x-rays showed no indication of bone destruction, pathology, or disease processes; however, they

Pg. 4 Lancaster, K.

were positive for abnormal biomechanical findings and altered spinal kinematics thought to be caused and/or thought to have become symptomatically activated by the incident for which he originally presented. In the cervical spine there was left rotational misalignment at C7, the lateral cervical neutral showed a flattening of the normal cervical lordosis producing an anterior weight bearing of the cranium by 2.45cm in relation to the normal and balanced position. The cervical lateral extension views show hypomobility of motor units C5-C6. There is mild spondylosis visualized at C4, C5, and C6. This is a pre-existing condition but is a complicating risk factor that makes it more likely for Mr. Lancaster to be injured with less trauma. In the thoracic spine there was right rotational misalignment at T1. In the lumbar spine there was left rotational misalignment at L5 There was an inferiority of the right iliac crest by .99cm as well and an inferiority of the right femoral head by .86cm in comparison to the contralateral side. Mr. Lancaster was advised that the presence of a functionally shorter leg was a definite exacerbating factor for his low back and hip injuries.

### Treatment plan:

1. Therapy 2 x per week for 6 weeks, at which time we will perform a re-evaluation to determine frequency and need for future care and/or MRI request

2. Referral for medical evaluation by Tradina Pichon MD

3. Active home exercises for the Cervical, Thoracic, and Lumbar Spine

4. Home cryotherapy

**It is my opinion, that it is more probable than not that Mr. Lancaster's injuries were caused by the incident occurring on 1/7/2021, and/or activated and made to become symptomatic by that incident.**

Thank you for allowing us to participate in your client's care and if you have any questions or concerns, please feel free to contact me personally at 985-652-7904 or at the above address.

Sincerely,

Nicholas Laird, D.C.
Certified Medical Examiner

NL/ha

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    01/12/2021 |
|---|
| Provider   Dwayne Burch |

**Subjective:**
Please be advised that Mr. Kevin Lancaster did originally present to my office on 01/12/2021 and did state that he was in a vehicular collision on 01/07/2021 that did cause his injuries.

**HISTORY OF INJURY:** Upon initial presentation, he states that he was the restrained driver of a Chevy Silverado pick-up truck that was hit on the passenger side by an 18 wheeler. He states that he did not lose consciousness but was stunned and disoriented. He reports that he was not aware of the impending collision and was not able to brace against injury. Mr. Lancaster reports that at the time of the collision he was looking straight ahead, and that he was sitting in a normal upright position with his head forward. Mr. Lancaster states that he is not sure if he struck any body parts against any objects in he vehicle. He does state he was jolted about in the vehicle. He further states that the airbags did not deploy. Mr. Lancaster recalls that the roadway was dry, made of asphalt, and that he started experiencing pain immediately after the collision.

**PREVIOUS MEDICAL TREATMENT:** He states that he has not had treatment for the same or similar conditions in the past.

**WORK STATUS:** Mr. Lancaster states he is currently employed as a electrical tech for Dow Chemical. He states he has missed 3 days of work. He works w/pain due to financial responsibilities.

**MECHANISM OF INJURY:** Forces of the collision caused **compression, tension, shearing, and rotational forces** converging in a rapid sequence which is virtually instantaneous.

**INITIAL PRIMARY COMPLAINTS:** sleep disturbances, anxiety, headaches, cervical pain, upper thoracic pain, right shoulder pain, left shoulder pain, cervical stiffness, muscle spasms, mid-thoracic pain, lumbar stiffness, lumbosacral pain, low back pain, right sacroiliac joint pain and left sacroiliac joint pain.

**Objective:**
PHYSICAL EXAMINATION:
  - Age/Gender:   47 years of age/ Male
  - Vital Signs:
        Height 5'11" Weight: 224 lbs. Pulse: 77 bpm. BP: 143/94, mm/Hg right
        referred to PCP for HBP
REVIEW OF SYSTEMS / HISTORY:
  - AAO3: Patient is awake, alert, and oriented X3.
  - Heart History: No Previous History and denies cardiac symptomology
  - Lung History:  No Previous Hx
  -Smokes: Patient does not smoke
  - Surgeries: Left shoulder 2019.
  - Major Health Complications:
  - Prescription Medications: not currently taking any prescriptions
  - Urination: no trouble with urination
  - Bowel Movements: no trouble with bowel movements
  - Respiration: no trouble with breathing
  - Swallowing: no trouble swallowing
  - Allergies: No known allergies
  - History of Stroke: none
  - Internal Injuries: Patient complains of no internal injuries

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**    01/12/2021

**Provider**   Dwayne Burch                               *** *continued from previous page* ***

and none are suspected
- Dominant Hand: right

**Cervical Active ROM Testing**
**Flexion (65):** Restricted w/o pain
**Extension (50):** Restricted w/moderate pain
**Right Rotation (80):** Restricted w/o pain
**Right Lateral Flexion:** (40): Restricted w/o pain
**Left Rotation (80):** Restricted w/moderate pain
**Left Lateral Flexion (40):** Restricted w/moderate pain
**Muscle Strength Upper Extremity**
--Right Upper extremity: full strength (grade 5) at C5-T1 in comparison to the left.
--Left Upper extremity: full strength (grade 5) at C5-T1 in comparison to the right.
**Upper Extremity Reflexes**
--Reflex testing of the triceps, biceps, and radial thought to be normal with a 2+ grading bilaterally.
**Cervical Orthopedic Tests**
**--Neurogenic Thoracic Outlet Syndrome (NTOS) Test**
**Right:** Negative
**Left:** Negative
**--The *Foraminal Compression Test*:** *+ on the left.*
**--*Soto-Hall Maneuver***
+ Cervical/Upper Thoracic
-*Shoulder Depression Test* *(indicates dural sleeve adhesions):* + left
**--*Dawbarn's Test* *(indicating swelling in the bursa of the shoulder):* negative bilaterally**
**Muscle palpation** does reveal muscle spasm with taught and tender fibers in the cervical/thoracic spine as
follows: Trapezius, Cervical paraspinal, Rhomboids and Thoracic paraspinal

**Lumbar Active ROM Testing**
**Flexion (95):** Restricted w/moderate pain
**Extension (35):** Restricted w/severe pain
**Right Rotation (35):** Restricted w/o pain
**Right Lateral Flexion (40):** Restricted w/o pain
**Left Rotation (35):** Restricted w/moderate pain
**Left Lateral Flexion (40):** Restricted w/moderate pain
**Muscle Strength Lower Extremities**
--Right lower extremity: Grade 5 (full strength) at L4/L5/S1 in comparison to the left.
--Left lower extremity: Grade 5 (full strength) at L4/L5/S1 in comparison to the right.
**Lower Extremity Reflexes**
--Reflex testing of the patellar and achilles thought to be normal with a 2+ grading bilaterally.
**Lower Extremity Sensory Evaluation**
--LE dermatomal evaluation shows equal sensation at: L4/L5/S1  bilaterally.
**Lumbar Orthopedic Tests**
**SLR:** -  bilaterally
**Braggard's:** + on the left for low back pain
**Bechterew:** + on the left for low back pain
**Kemp's:** + on the left for SI joint pain
**Patrick's:** (indicating swelling of the hip bursa): - negative
**The Sacroiliac Extension Test** is + on the left.
**Muscle palpation** does reveal muscle spasm with taut and tender fibers in the lumbar spine as follows:
paraspinal, internal obliques and quadratus lumborum

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    01/12/2021 | |
|---|---|
| Provider   Dwayne Burch | *** *continued from previous page* *** |

**Radiograph Interpretation:**

X-ray examination in my clinic was accomplished on 01/12/2021 with 7 views in the cervical spine including flexion and extension views to access the stability of spinal ligaments, 2 views of the lumbosacral spine. The x-rays showed no indication of bone destruction, pathology, or disease processes; however, they were positive for abnormal biomechanical findings and altered spinal kinematics thought to be caused and/or thought to have become symptomatically activated by the incident for which he originally presented. In the cervical spine there was left rotational misalignment at C7, the lateral cervical neutral showed a flattening of the normal cervical lordosis producing an anterior weight bearing of the cranium by 2.45cm in relation to the normal and balanced position. The cervical lateral extension view shows hypomobility of motor units C5-C6. There is mild spondylosis visualized at C4, C5 and C6. This is a pre-existing condition but is a complicating risk factor that makes it more likely for Mr. Lancaster to be injured with less trauma. In the thoracic spine there was right rotational misalignment at T1.
In the lumbar spine there was left rotational misalignment at L5 There was an inferiority of the right iliac crest by .99cm as well and an inferiority of the right femoral head by .86cm in comparison to the contralateral side. Mr. Lancaster was advised that the presence of an functionally shorter leg was a definite exacerbating factor for his low back and hip injuries.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    01/12/2021**

**Provider   Dwayne Burch**                                                    ***\*\*\* continued from previous page \*\*\****

--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)**  computer set on continuous over the cervical spine, lumbar spine and thoracic spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine, thoracic spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine and lumbar spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| | | |
|---|---|---|
| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date    01/12/2021**

| Provider   Dwayne Burch | *** continued from previous page *** |
|---|---|

| | |
|---|---|
| Diagnosis | G44.309: Post-traumatic Headache |
| | M53.82: Cervical Facet Syndrome |
| | M53.83: Cervico-Thoracic Dorsopathy |
| | S161.XXA: Cervical Strain |
| | S13.4XXA: Cervical Sprain |
| | M79.10: Myalgia |
| | M62.40: Muscle Spasm |
| | S43.409A: Right Shoulder Sprain |
| | S46.911A: Right Shoulder Strain |
| | S43.409A: Left Shoulder Sprain |
| | S46.912A: Left Shoulder Strain |
| | M53.84: Thoracic Dorsopathy |
| | S23.3XXA: Thoracic Spine Sprain |
| | S33.5XXA: Lumbar Spine Sprain (L1-L4) |
| | S39.012A: Lumbar Spine Strain (L1-L4) |
| | M75.00: Lumbar Spine Dorsopathy (L1-L4) |
| | M53.87: Lumbosacral Dorsopathy (L5-S1) |
| | S33.9XXA: Lumbosacral Sprain (L5-S1) |

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace, LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 01/13/2021 |
|---|---|
| Provider | Dwayne Burch |

**Subjective:**

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, left cervical pain, right cervical radiculopathy, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

**Objective:**

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous over the cervical spine, lumbar spine and

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace, LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

| Date | 01/13/2021 |

| Provider | Dwayne Burch | *** *continued from previous page* *** |

thoracic spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine, thoracic spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine and lumbar spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**   G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace, LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date    01/19/2021**

**Provider   Nicholas Laird**

**Subjective:**

**Objective:**

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *Repeat as medically necessary for palliative pain management care.*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)**  computer set on continuous over the cervical spine, lumbar spine and thoracic spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine, thoracic spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    01/19/2021**

**Provider   Nicholas Laird**                                        *** *continued from previous page* ***

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine and lumbar spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    01/20/2021 |
|---|
| Provider   Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

***Phase 1*** ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date   01/20/2021**

**Provider   Dwayne Burch**                                         *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.

-- Prolonged regular use: repeated at regular intervals.

**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.

-- Prolonged regular use: repeated at regular intervals.

**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.

-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**       G44.309: Post-traumatic Headache
               M53.82: Cervical Facet Syndrome
               M53.83: Cervico-Thoracic Dorsopathy
               S161.XXA: Cervical Strain
               S13.4XXA: Cervical Sprain
               M79.10: Myalgia
               M62.40: Muscle Spasm
               S43.409A: Right Shoulder Sprain
               S46.911A: Right Shoulder Strain
               S43.409A: Left Shoulder Sprain
               S46.912A: Left Shoulder Strain
               M53.84: Thoracic Dorsopathy
               S23.3XXA: Thoracic Spine Sprain
               S33.5XXA: Lumbar Spine Sprain (L1-L4)
               S39.012A: Lumbar Spine Strain (L1-L4)
               M75.00: Lumbar Spine Dorsopathy (L1-L4)
               M53.87: Lumbosacral Dorsopathy (L5-S1)
               S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    01/25/2021 |
|---|
| Provider   Dwayne Burch |

**Subjective:**
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    01/25/2021**

**Provider   Dwayne Burch**          *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**       G44.309: Post-traumatic Headache
                     M53.82: Cervical Facet Syndrome
                     M53.83: Cervico-Thoracic Dorsopathy
                     S161.XXA: Cervical Strain
                     S13.4XXA: Cervical Sprain
                     M79.10: Myalgia
                     M62.40: Muscle Spasm
                     S43.409A: Right Shoulder Sprain
                     S46.911A: Right Shoulder Strain
                     S43.409A: Left Shoulder Sprain
                     S46.912A: Left Shoulder Strain
                     M53.84: Thoracic Dorsopathy
                     S23.3XXA: Thoracic Spine Sprain
                     S33.5XXA: Lumbar Spine Sprain (L1-L4)
                     S39.012A: Lumbar Spine Strain (L1-L4)
                     M75.00: Lumbar Spine Dorsopathy (L1-L4)
                     M53.87: Lumbosacral Dorsopathy (L5-S1)
                     S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

Date     01/26/2021

Provider   Dwayne Burch

## Subjective:
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain and left lumbar pain.

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace, LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    01/26/2021**

**Provider   Dwayne Burch**        *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

| Diagnosis | G44.309: Post-traumatic Headache |
|---|---|
| | M53.82: Cervical Facet Syndrome |
| | M53.83: Cervico-Thoracic Dorsopathy |
| | S161.XXA: Cervical Strain |
| | S13.4XXA: Cervical Sprain |
| | M79.10: Myalgia |
| | M62.40: Muscle Spasm |
| | S43.409A: Right Shoulder Sprain |
| | S46.911A: Right Shoulder Strain |
| | S43.409A: Left Shoulder Sprain |
| | S46.912A: Left Shoulder Strain |
| | M53.84: Thoracic Dorsopathy |
| | S23.3XXA: Thoracic Spine Sprain |
| | S33.5XXA: Lumbar Spine Sprain (L1-L4) |
| | S39.012A: Lumbar Spine Strain (L1-L4) |
| | M75.00: Lumbar Spine Dorsopathy (L1-L4) |
| | M53.87: Lumbosacral Dorsopathy (L5-S1) |
| | S33.9XXA: Lumbosacral Sprain (L5-S1) |

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace, LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 01/26/2021 |
|---|---|
| Provider | Nicholas Laird |

**Subjective:**

**Objective:**

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2** ---- **1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3** ---- **1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *Repeat as medically necessary for palliative pain management care.*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date** 01/26/2021

**Provider** Nicholas Laird                                    *** *continued from previous page* ***

tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**     G44.309: Post-traumatic Headache
              M53.82: Cervical Facet Syndrome
              M53.83: Cervico-Thoracic Dorsopathy
              S161.XXA: Cervical Strain
              S13.4XXA: Cervical Sprain
              M79.10: Myalgia
              M62.40: Muscle Spasm
              S43.409A: Right Shoulder Sprain
              S46.911A: Right Shoulder Strain
              S43.409A: Left Shoulder Sprain
              S46.912A: Left Shoulder Strain
              M53.84: Thoracic Dorsopathy
              S23.3XXA: Thoracic Spine Sprain
              S33.5XXA: Lumbar Spine Sprain (L1-L4)
              S39.012A: Lumbar Spine Strain (L1-L4)
              M75.00: Lumbar Spine Dorsopathy (L1-L4)
              M53.87: Lumbosacral Dorsopathy (L5-S1)
              S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    01/27/2021

Provider   Dwayne Burch

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| **Patient:** Lancaster, Kevin | **Acct #:** 90230 | **DOB:** 12/12/1973 |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    01/27/2021**

**Provider   Dwayne Burch**                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
         M53.82: Cervical Facet Syndrome
         M53.83: Cervico-Thoracic Dorsopathy
         S161.XXA: Cervical Strain
         S13.4XXA: Cervical Sprain
         M79.10: Myalgia
         M62.40: Muscle Spasm
         S43.409A: Right Shoulder Sprain
         S46.911A: Right Shoulder Strain
         S43.409A: Left Shoulder Sprain
         S46.912A: Left Shoulder Strain
         M53.84: Thoracic Dorsopathy
         S23.3XXA: Thoracic Spine Sprain
         S33.5XXA: Lumbar Spine Sprain (L1-L4)
         S39.012A: Lumbar Spine Strain (L1-L4)
         M75.00: Lumbar Spine Dorsopathy (L1-L4)
         M53.87: Lumbosacral Dorsopathy (L5-S1)
         S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    02/01/2021 |
|---|
| Provider   Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    02/01/2021**

**Provider   Dwayne Burch**                                      *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.

**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
              M53.82: Cervical Facet Syndrome
              M53.83: Cervico-Thoracic Dorsopathy
              S161.XXA: Cervical Strain
              S13.4XXA: Cervical Sprain
              M79.10: Myalgia
              M62.40: Muscle Spasm
              S43.409A: Right Shoulder Sprain
              S46.911A: Right Shoulder Strain
              S43.409A: Left Shoulder Sprain
              S46.912A: Left Shoulder Strain
              M53.84: Thoracic Dorsopathy
              S23.3XXA: Thoracic Spine Sprain
              S33.5XXA: Lumbar Spine Sprain (L1-L4)
              S39.012A: Lumbar Spine Strain (L1-L4)
              M75.00: Lumbar Spine Dorsopathy (L1-L4)
              M53.87: Lumbosacral Dorsopathy (L5-S1)
              S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 02/03/2021 |
|---|---|
| Provider | Dwayne Burch |

**Subjective:**
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    02/03/2021**

**Provider   Dwayne Burch**                                              *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

| Date    02/08/2021 |
| Provider   Dwayne Burch |

## Subjective:
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| **Patient:** Lancaster, Kevin | **Acct #:** 90230 | **DOB:** 12/12/1973 |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    02/08/2021**

**Provider   Dwayne Burch** *** continued from previous page ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.

**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**        G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

| Date | 02/09/2021 |
| Provider | Dwayne Burch |

**Subjective:**
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain and left lumbar pain.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

Date    02/09/2021

Provider   Dwayne Burch                                    *** continued from previous page ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace  LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date   02/10/2021 |
|---|
| Provider   Dwayne Burch |

**Subjective:**

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

**Objective:**

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    02/10/2021**

| Provider   Dwayne Burch | *** *continued from previous page* *** |
|---|---|

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.

-- Prolonged regular use: repeated at regular intervals.

**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.

-- Prolonged regular use: repeated at regular intervals.

**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.

-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**       G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date     02/22/2021

Provider   Dwayne Burch

**Subjective:**
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain and left SI joint pain.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date   02/22/2021 | | |
|---|---|---|
| Provider   Dwayne Burch | | *** *continued from previous page* *** |

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date     02/23/2021

Provider   Dwayne Burch

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1 ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ___**Repeat as medically necessary for palliative pain management care.**___
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    02/23/2021**

| Provider   Dwayne Burch | *** *continued from previous page* *** |
|---|---|

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 03/01/2021 |
|---|---|
| Provider | Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique, thoracic paraspinal and rhomboid musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    03/01/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.

**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**     G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 03/08/2021 |
|---|---|
| Provider | Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    03/08/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

# Chart Notes

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

| Date     03/16/2021 |
| Provider   Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, right hip pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date    03/16/2021**

**Provider   Dwayne Burch**                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**       G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 03/29/2021 |
|---|---|
| Provider | Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *Repeat as medically necessary for palliative pain management care.*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
--**Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
--**Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    03/29/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 04/12/2021 |
|---|---|
| **Provider** | **Dwayne Burch** |

### Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain and left lumbar pain.

### Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

### Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

### Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date    04/12/2021**

| Provider   Dwayne Burch | *** *continued from previous page* *** |
|---|---|

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date     04/26/2021
Provider   Dwayne Burch

### Subjective:
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, right cervical radiculopathy, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

### Objective:

### Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

### Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

***Phase 1* ---- 2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    04/26/2021**

| Provider   Dwayne Burch | *** continued from previous page *** |
|---|---|

over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**     G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    05/03/2021 |
|---|
| Provider   Dwayne Burch |

**Subjective:**

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

**Objective:**

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**    05/03/2021

**Provider**   Dwayne Burch                            *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
                M53.82: Cervical Facet Syndrome
                M53.83: Cervico-Thoracic Dorsopathy
                S161.XXA: Cervical Strain
                S13.4XXA: Cervical Sprain
                M79.10: Myalgia
                M62.40: Muscle Spasm
                S43.409A: Right Shoulder Sprain
                S46.911A: Right Shoulder Strain
                S43.409A: Left Shoulder Sprain
                S46.912A: Left Shoulder Strain
                M53.84: Thoracic Dorsopathy
                S23.3XXA: Thoracic Spine Sprain
                S33.5XXA: Lumbar Spine Sprain (L1-L4)
                S39.012A: Lumbar Spine Strain (L1-L4)
                M75.00: Lumbar Spine Dorsopathy (L1-L4)
                M53.87: Lumbosacral Dorsopathy (L5-S1)
                S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 05/10/2021 |
|---|---|
| Provider | Dwayne Burch |

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    05/10/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**        G44.309: Post-traumatic Headache
                M53.82: Cervical Facet Syndrome
                M53.83: Cervico-Thoracic Dorsopathy
                S161.XXA: Cervical Strain
                S13.4XXA: Cervical Sprain
                M79.10: Myalgia
                M62.40: Muscle Spasm
                S43.409A: Right Shoulder Sprain
                S46.911A: Right Shoulder Strain
                S43.409A: Left Shoulder Sprain
                S46.912A: Left Shoulder Strain
                M53.84: Thoracic Dorsopathy
                S23.3XXA: Thoracic Spine Sprain
                S33.5XXA: Lumbar Spine Sprain (L1-L4)
                S39.012A: Lumbar Spine Strain (L1-L4)
                M75.00: Lumbar Spine Dorsopathy (L1-L4)
                M53.87: Lumbosacral Dorsopathy (L5-S1)
                S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date     05/24/2021

Provider   Dwayne Burch

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, left SI joint pain, left hip pain and left sciatica.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2** ---- **1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3** ---- **1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    05/24/2021**

Provider   Dwayne Burch                                        *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.

-- Prolonged regular use: repeated at regular intervals.

**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.

-- Prolonged regular use: repeated at regular intervals.

**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.

-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date 06/01/2021 |
|---|
| Provider Dwayne Burch |

**Subjective:**
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, right SI joint pain, left SI joint pain, left hip pain and left sciatica.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date   06/01/2021**

**Provider   Dwayne Burch**                     *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.

**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.

**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

# Chart Notes

**Kevin Lancaster**

*River Parishes Chiropractic*
*1108 W Airline Hwy*
*LaPlace   LA 70068*
*Phone: (985) 652-7904*
*Fax: (985) 652-7911*

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    06/07/2021 |
|---|
| Provider   Dwayne Burch |

## Subjective:
Please refer to the paper re-examination note in the file for current complaints and symptoms this visit.

## Objective:

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2** ---- **1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3** ---- **1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

# Chart Notes

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**    06/07/2021

**Provider**   Dwayne Burch                                    *** *continued from previous page* ***

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    06/14/2021 |
|---|
| Provider   Dwayne Burch |

**Subjective:**

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, left SI joint pain and left hip pain.

**Objective:**

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ___*Repeat as medically necessary for palliative pain management care.*___
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date   06/14/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
                M53.82: Cervical Facet Syndrome
                M53.83: Cervico-Thoracic Dorsopathy
                S161.XXA: Cervical Strain
                S13.4XXA: Cervical Sprain
                M79.10: Myalgia
                M62.40: Muscle Spasm
                S43.409A: Right Shoulder Sprain
                S46.911A: Right Shoulder Strain
                S43.409A: Left Shoulder Sprain
                S46.912A: Left Shoulder Strain
                M53.84: Thoracic Dorsopathy
                S23.3XXA: Thoracic Spine Sprain
                S33.5XXA: Lumbar Spine Sprain (L1-L4)
                S39.012A: Lumbar Spine Strain (L1-L4)
                M75.00: Lumbar Spine Dorsopathy (L1-L4)
                M53.87: Lumbosacral Dorsopathy (L5-S1)
                S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB: 12/12/1973** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    07/12/2021**

**Provider   Dwayne Burch**

## Subjective:

As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, left SI joint pain and left hip pain.

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

***Phase 1* ---- 2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    07/12/2021**

**Provider  Dwayne Burch**                           *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
            M53.82: Cervical Facet Syndrome
            M53.83: Cervico-Thoracic Dorsopathy
            S161.XXA: Cervical Strain
            S13.4XXA: Cervical Sprain
            M79.10: Myalgia
            M62.40: Muscle Spasm
            S43.409A: Right Shoulder Sprain
            S46.911A: Right Shoulder Strain
            S43.409A: Left Shoulder Sprain
            S46.912A: Left Shoulder Strain
            M53.84: Thoracic Dorsopathy
            S23.3XXA: Thoracic Spine Sprain
            S33.5XXA: Lumbar Spine Sprain (L1-L4)
            S39.012A: Lumbar Spine Strain (L1-L4)
            M75.00: Lumbar Spine Dorsopathy (L1-L4)
            M53.87: Lumbosacral Dorsopathy (L5-S1)
            S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/19/2021 |
|---|---|
| Provider | Dwayne Burch |

**Subjective:**
As Mr. Kevin Lancaster presents to my office today his chief complaints are cervical stiffness, right cervical pain, left cervical pain, headaches, right shoulder pain, left shoulder pain, thoracic pain, lumbar stiffness, right lumbar pain, left lumbar pain, left SI joint pain and left hip pain.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinals, lumbar paraspinal, internal oblique and thoracic paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

# Chart Notes

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    07/19/2021**

**Provider   Dwayne Burch**                              *** continued from previous page ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

# Chart Notes

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    08/09/2021 |
|---|
| Provider   Dwayne Burch |

## Subjective:

As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain and left hip pain

## Objective:

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the cervical paraspinal, trapezius , internal oblique, quadratus lumborum  and thoracic paraspinal musculature.

There is a global decreased range of motion in the associated with tension, stiffness, and pain.

## Assessment:

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    08/09/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**     08/16/2021

**Provider**   Dwayne Burch

**Subjective:**

As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain and left hip pain

**Objective:**

--Muscle palpation shows taut and tender fibers as well as muscle spasm in the cervical paraspinal, trapezius , thoracic paraspinal, internal oblique and lumbar paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**

See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**

**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *Repeat as medically necessary for palliative pain management care.*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
--**Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
--**Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same

**Chart Notes**

**Kevin Lancaster**

*River Parishes Chiropractic*
*1108 W Airline Hwy*
*LaPlace   LA 70068*
*Phone: (985) 652-7904*
*Fax: (985) 652-7911*

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    08/16/2021

Provider   Dwayne Burch                                          *** *continued from previous page* ***

area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------


**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date     10/04/2021

Provider   Dwayne Burch

## Subjective:
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain, left SI joint stiffness and left hip pain Mr. Lancaster states he was not able to come in for passive treatment because of a Hurricane/Disaster and of his work schedule at this time However, he did continue with active treatment in the form of stretches, over the counter pain medicine and analgesic cream. He denies any new traumas.

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the cervical paraspinal, trapezius , thoracic paraspinal, internal oblique and lumbar paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2** ---- **1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3** ---- **1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
--**Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date     10/04/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

decrease fixations.

**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.

**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.

-- Prolonged regular use: repeated at regular intervals.

**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.

-- Prolonged regular use: repeated at regular intervals.

**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.

-- Prolonged regular use: repeated at regular intervals.

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   **10/04/2021**

| Provider | Dwayne Burch | *** continued from previous page *** |
|---|---|---|

**Diagnosis**   G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    10/11/2021 |
|---|
| Provider   Dwayne Burch |

## Subjective:
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain and lumbar stiffness

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the cervical paraspinal, trapezius , thoracic paraspinal, internal oblique and lumbar paraspinal musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ___*Repeat as medically necessary for palliative pain management care.*___
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   10/11/2021

**Provider**   Dwayne Burch                                    *** *continued from previous page* ***

area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


| **Diagnosis** | G44.309: Post-traumatic Headache |
|---|---|
| | M53.82: Cervical Facet Syndrome |
| | M53.83: Cervico-Thoracic Dorsopathy |
| | S161.XXA: Cervical Strain |
| | S13.4XXA: Cervical Sprain |
| | M79.10: Myalgia |
| | M62.40: Muscle Spasm |
| | S43.409A: Right Shoulder Sprain |
| | S46.911A: Right Shoulder Strain |
| | S43.409A: Left Shoulder Sprain |
| | S46.912A: Left Shoulder Strain |
| | M53.84: Thoracic Dorsopathy |
| | S23.3XXA: Thoracic Spine Sprain |
| | S33.5XXA: Lumbar Spine Sprain (L1-L4) |
| | S39.012A: Lumbar Spine Strain (L1-L4) |
| | M75.00: Lumbar Spine Dorsopathy (L1-L4) |
| | M53.87: Lumbosacral Dorsopathy (L5-S1) |
| | S33.9XXA: Lumbosacral Sprain (L5-S1) |

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    10/26/2021**

**Provider   Dwayne Burch**

## Subjective:
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain and lumbar stiffness

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB:  12/12/1973** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    10/26/2021**

**Provider   Dwayne Burch**                                        *** continued from previous page ***

area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 11/08/2021 |
|---|---|
| Provider | Dwayne Burch |

## Subjective:
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain and left SI joint stiffness

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    11/08/2021**

**Provider   Dwayne Burch**                                      *** *continued from previous page* ***

area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

Kevin Lancaster

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    11/30/2021
Provider   Dwayne Burch

## Subjective:
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain and left SI joint stiffness

## Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the associated with tension, stiffness, and pain.

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    11/30/2021**

**Provider   Dwayne Burch**                                        *** *continued from previous page* ***

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.

-- Prolonged regular use: repeated at regular intervals.

**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.

-- Prolonged regular use: repeated at regular intervals.

**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.

-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    12/20/2021

Provider   Dwayne Burch

**Subjective:**
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain, left SI joint stiffness and left hip pain
Mr. Lancaster states he was not able to come in for passive treatment because of a Hurricane/Disaster and of his work schedule at this time However, he did continue with active treatment in the form of stretches, prescription medications and hot soaks. He denies any new traumas.

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical and lumbar associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB:  12/12/1973** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date     12/20/2021**

**Provider   Dwayne Burch**                                              *** continued from previous page ***

   --**Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
   --**Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
   --**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
   --**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
   --**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
   --**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
   --**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
   --**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
   --**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
   --**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

    --------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB:** 12/12/1973 |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date**    12/20/2021

| **Provider**   Dwayne Burch | *** continued from previous page *** |
|---|---|

**Diagnosis**   G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date     12/28/2021

Provider   Dwayne Burch

**Subjective:**
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain, left SI joint stiffness and left hip pain

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical, lumbar and left SI joint associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    12/28/2021**

**Provider   Dwayne Burch**                                    *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.

**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date     01/10/2022**

**Provider   Dwayne Burch**

**Subjective:**
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain, left SI joint stiffness and left hip pain

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical, lumbar and left SI joint associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| Patient:  Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date    01/10/2022**

Provider   Dwayne Burch                                             *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**       G44.309: Post-traumatic Headache
            M53.82: Cervical Facet Syndrome
            M53.83: Cervico-Thoracic Dorsopathy
            S161.XXA: Cervical Strain
            S13.4XXA: Cervical Sprain
            M79.10: Myalgia
            M62.40: Muscle Spasm
            S43.409A: Right Shoulder Sprain
            S46.911A: Right Shoulder Strain
            S43.409A: Left Shoulder Sprain
            S46.912A: Left Shoulder Strain
            M53.84: Thoracic Dorsopathy
            S23.3XXA: Thoracic Spine Sprain
            S33.5XXA: Lumbar Spine Sprain (L1-L4)
            S39.012A: Lumbar Spine Strain (L1-L4)
            M75.00: Lumbar Spine Dorsopathy (L1-L4)
            M53.87: Lumbosacral Dorsopathy (L5-S1)
            S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date     01/17/2022 |
|---|
| Provider   Dwayne Burch |

**Subjective:**
As Mr. Lancaster presents to my clinic today his chief complaints are cervical pain, headaches, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain, left SI joint stiffness and left hip pain

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical, lumbar and left SI joint associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date     01/17/2022**

Provider   Dwayne Burch                                                          *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

Diagnosis        G44.309: Post-traumatic Headache
                 M53.82: Cervical Facet Syndrome
                 M53.83: Cervico-Thoracic Dorsopathy
                 S161.XXA: Cervical Strain
                 S13.4XXA: Cervical Sprain
                 M79.10: Myalgia
                 M62.40: Muscle Spasm
                 S43.409A: Right Shoulder Sprain
                 S46.911A: Right Shoulder Strain
                 S43.409A: Left Shoulder Sprain
                 S46.912A: Left Shoulder Strain
                 M53.84: Thoracic Dorsopathy
                 S23.3XXA: Thoracic Spine Sprain
                 S33.5XXA: Lumbar Spine Sprain (L1-L4)
                 S39.012A: Lumbar Spine Strain (L1-L4)
                 M75.00: Lumbar Spine Dorsopathy (L1-L4)
                 M53.87: Lumbosacral Dorsopathy (L5-S1)
                 S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB: 12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    01/24/2022**

**Provider   Dwayne Burch**

### Subjective:
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain and left SI joint stiffness

### Objective:
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical, lumbar and left SI joint associated with tension, stiffness, and pain.

### Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

### Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *Repeat as medically necessary for palliative pain management care.*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB:  12/12/1973** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    01/24/2022**

**Provider   Dwayne Burch**                                      *** continued from previous page ***

area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.


**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**


**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.


**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.


**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

**River Parishes Chiropractic**
**1108 W Airline Hwy**
**LaPlace   LA 70068**
**Phone: (985) 652-7904**
**Fax: (985) 652-7911**

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB: 12/12/1973** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    02/01/2022**

**Provider   Dwayne Burch**

**Subjective:**

**Objective:**

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

***Phase 1* ---- 2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2 ---- 1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3 ---- 1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. *__Repeat as medically necessary for palliative pain management care.__*
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.
**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB:** 12/12/1973 |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date**   **02/01/2022**

**Provider**   Dwayne Burch                                         *** *continued from previous page* ***

tissues.
--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.
--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------

**X-ray orders** ---- cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

*River Parishes Chiropractic*
*1108 W Airline Hwy*
*LaPlace   LA 70068*
*Phone: (985) 652-7904*
*Fax: (985) 652-7911*

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    02/07/2022 |
|---|
| Provider   Dwayne Burch |

## Subjective:
Please refer to the paper re-examination note in the file for current complaints and symptoms this visit.

## Objective:

## Assessment:
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

## Plan:
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2** ---- **1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3** ---- **1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.
**--IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.
**--Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date   02/07/2022**

**Provider   Dwayne Burch** *** continued from previous page ***

**--Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.
**--Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.
**--Cryotherapy (CPT 97010)** relieve inflammation and swelling.
**--Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.
**--Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

**--------Please refer to Therapy Sheet for treatment dates and specific therapies performed.-----------**

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**    G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| | | |
|---|---|---|
| **Patient: Lancaster, Kevin** | **Acct #: 90230** | **DOB: 12/12/1973** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    02/21/2022**

**Provider   Dwayne Burch**

**Subjective:**
As Mr. Lancaster presents to my clinic today his chief complaints are headaches, cervical pain, cervical stiffness, thoracic pain, thoracic stiffness, lumbar pain, lumbar stiffness, left SI joint pain, left SI joint stiffness and left hip pain

**Objective:**
--Muscle palpation shows taut and tender fibers as well as muscle spasm in the trapezius , cervical paraspinal, thoracic paraspinal, lumbar paraspinal and internal oblique musculature.

There is a global decreased range of motion in the cervical, lumbar and left SI joint associated with tension, stiffness, and pain.

**Assessment:**
See Diagnosis

The reason for this visit is for injuries that are thought to be more likely than not caused, and/or thought to have become symptomatically activated by the incident for which Mr. Lancaster originally presented in the initial evaluation.

Prognosis: Ongoing complaints with ongoing treatment recommended

**Plan:**
**If there are no subjective or objective notes (blank), Mr. Lancaster did not see the doctor that visit and only came in for therapy.**

*Phase 1* ---- **2-3x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, increase ROM, edema reduction, and to decrease muscle spasms.
**Phase 2** ---- **1-2x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care.
--Goals: pain relief, edema reduction, increase ROM, decrease muscle spasms, and to facilitate soft tissue healing and regeneration/remodeling.
**Phase 3** ---- **1x per week for 6 weeks**, at which time we will perform a re-evaluation to determine frequency and need for future care. ***Repeat as medically necessary for palliative pain management care.***
--Goals: continue all of the above as well as to facilitate soft tissue healing and remodeling, and to monitor and manage Mr. Lancaster as he continues to re-enter his normal repetitive stress environments.

**-------Any change in frequency or duration of treatment plans will be updated accordingly.--------**

--Continue prescribed treatment plan
--Limit Daily Activities to Tolerance.

Each visit may include:
**--Specific spinal manipulation (CPT 98940 or 98941)** improve inter-segmental motor unit function and decrease fixations.
**--Ultrasound (CPT 97035 or 97032)** computer set on continuous (1mhz/1.5w/cm) over the cervical spine and

**Chart Notes**

**Kevin Lancaster**

River Parishes Chiropractic
1108 W Airline Hwy
LaPlace   LA 70068
Phone: (985) 652-7904
Fax: (985) 652-7911

| Patient: Lancaster, Kevin | Acct #: 90230 | DOB:  12/12/1973 |
| Ins Co: | Pol #: | Insured ID: |

**Date    02/21/2022**

**Provider   Dwayne Burch**                               *** *continued from previous page* ***

lumbar spine paraspinal musculature to reduce inflammation/muscle spasm with analgesic cream in the same area. Galvanic current optional.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute pain relief (variable 80-120Hz) applied with 4 electrodes over the cervical spine and lumbar spine paraspinal musculature, nerve roots, and disc structures.

--**IF-electrotherapy (CPT 90714)** with the computer set on acute edema reduction (variable 1-15Hz)  applied over the to decrease inflammation and relieve pain.

--**Mechanical traction (CPT 90712)** increase mobility/decompress the tissues in the involved areas.

--**Cervical/Lumbar Intermittent Traction Therapy (CPT 90712)** decompress/re-hydrate IVD's and surrounding tissues.

--**Vibratory massage (CPT 97039)** relieve muscle spasm and increase blood flow.

--**Cryotherapy (CPT 97010)** relieve inflammation and swelling.

--**Heat Therapy (CPT 97010)** decrease muscle spasm and  increase blood flow.

--**Dry Hydro-Therapy (CPT 97039)** increase blood supply, decrease muscle spasm, reduce swelling.

--------**Please refer to Therapy Sheet for treatment dates and specific therapies performed.**-----------

**X-ray orders ----** cervical spine and lumbar spine x-rays were ordered as a result of spasm, decreased ROM, and to assess for fractures as well as other spinal or extremity kinematic pathology.

**Active Home Exercise** of walking 5-10 minutes per day was prescribed in order to increase mobility, improve circulation, improve flexibility, and to improve balance.
-- Prolonged regular use: repeated at regular intervals.
**Active Home Exercise/Stretching** of the cervical spine were prescribed daily at 2-3 minutes (dependent on patient tolerance) that include moving through all ranges of motion continuously.
-- Prolonged regular use: repeated at regular intervals.
**Home Cryotherapy** was prescribed to reduce inflammation and to relieve pain.
-- Prolonged regular use: repeated at regular intervals.

**Diagnosis**      G44.309: Post-traumatic Headache
M53.82: Cervical Facet Syndrome
M53.83: Cervico-Thoracic Dorsopathy
S161.XXA: Cervical Strain
S13.4XXA: Cervical Sprain
M79.10: Myalgia
M62.40: Muscle Spasm
S43.409A: Right Shoulder Sprain
S46.911A: Right Shoulder Strain
S43.409A: Left Shoulder Sprain
S46.912A: Left Shoulder Strain
M53.84: Thoracic Dorsopathy
S23.3XXA: Thoracic Spine Sprain
S33.5XXA: Lumbar Spine Sprain (L1-L4)
S39.012A: Lumbar Spine Strain (L1-L4)
M75.00: Lumbar Spine Dorsopathy (L1-L4)
M53.87: Lumbosacral Dorsopathy (L5-S1)
S33.9XXA: Lumbosacral Sprain (L5-S1)